■ Michael E. Wager, Respondent-Appellant, v State of New York, Appellant-Respondent. [657 NYS2d 367] —Cross appeals from a judgment of the Court of Claims (Bell, J.), entered December 27, 1995, upon a decision of the court in favor of claimant.

Judgment affirmed, upon the opinion of Judge John L. Bell.

Mercure, J. P., Casey, Peters and Carpinello, JJ., concur. Ordered that the judgment is affirmed, without costs.